# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY J. GRACIA,** | : | **CIVIL NO. 1:18-CV-1186** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **JOHN STEINHART,** *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 11th day of September, 2019, for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 24) to dismiss is GRANTED.

2. This action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania